United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **BENITA BARRERA MARTINEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-00164 |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Benita Barrera Martinez ("Petitioner"). (Dkt. 1.) Petitioner lists the following as Respondents: United States Department of Homeland Security Secretary Kristi Noem, United States Attorney General Pamela Bondi, United States Immigration and Customs Enforcement Acting Director Todd M. Lyons, Acting Field Office Director of the Harlingen ICE Field Office Miguel Vergara, and Warden and/or immediate custodian at the La Salle County Regional Detention Center Perry Garcia. (*Id.* at 3–4.)

Having reviewed the petition, the Court hereby **ORDERS** Respondents to submit a response and serve it on Petitioner no later than **October 20, 2025.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528. Respondent Pamela Bondi or her designee may be served at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530. Respondent Todd M. Lyons or his designee may be served at 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, D.C. 20229. Respondent Miguel Vergara or his designee may be served at

1717 Zoy Street, Harlingen, TX 78552. Respondent Perry Garcia may be served at 832 East Texas State Highway 44, Encinal, TX 78019.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1) and this Order via certified mail on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002. The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1) and this Order via certified mail on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at P.O. Box 1179 Laredo, TX 78042.

Finally, Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, the Court recognizes the timeliness of the proceedings. Therefore, the Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least **five (5) days** before any such transfer.

IT IS SO ORDERED.

SIGNED this October 6, 2025.

Diana Saldaña
United States District Judge