United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **BENITA BARRERA MARTINEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:25-CV-00164** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On October 30, 2025, the Court issued an Order requiring Respondents to release Petitioner from ICE custody or provide her with a bond hearing under 8 U.S.C. § 1226(a). (Dkt. 11.) On November 14, 2025, Petitioner filed an advisory, (Dkt. 13), notifying the Court that she has not been released from ICE custody despite having been granted bond by an Immigration Judge at a hearing held on November 6, 2025. (*See* Dkts. 12, 13.) As such, the Parties are ORDERED to advise the Court as to the status of Ms. Barrera Martinez's release from custody no later than **November 19, 2025, at 5:00 P.M. Central Standard Time (CST).**

IT IS SO ORDERED.

SIGNED this November 18, 2025.

Diana Saldaña
United States District Judge

1 / 1